# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

**VERSUS**                                      **CRIMINAL ACTION NO. 1:04CR161**

**MICHAEL L. STACKS**

## **ORDER**

This cause is before the Court on the defendant's pro se Motion for Copies Without Payment of Costs [26]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied. In the absence of a pending motion under 28 U.S.C. § 2255 setting forth some factual allegations from which the court can determine and certify that petitioner's claim is not frivolous and that a transcript is necessary to present it effectively, the court has no authority under 28 U.S.C. § 753(f) to provide a free transcript or other copes from the Court file. Accordingly, Stacks Motion for Transcripts Without Payment of Costs [26] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 22nd day of May, 2006.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE